THE CENTRAL RAILROAD AND BANKING CO. *v.* WHITE.

Essential facts being in question, appeal to a jury in the justice's court, not *certiorari*, is the remedy to correct an erroneous judgment of the justice for fifty dollars or less.
November 21, 1890.

Appeal. *Certiorari.* Justices' courts. Before Judge FALLIGANT. Chatham superior court. March term, 1890.

White sued for $50 damages from killing his cow. Evidence was introduced by both sides, upon which the justice rendered judgment for the plaintiff for $50 and costs. Without appealing to a jury in the justice's court, the defendant carried the case to the superior court by *certiorari*, alleging that the justice erred in finding in favor of the plaintiff. In the superior court the *certiorari* was dismissed, on the ground that it was not the proper remedy before appeal to a jury in the justice's court. The defendant excepted.

E. S. ELLIOTT, for plaintiff in error.

CHARLTON & MACKALL, by S. B. ADAMS, *contra.*

SIMMONS, Justice.

The trial judge did not err in dismissing the writ of *certiorari. Certiorari* will not lie where the judgment of a justice of the peace is for $50 or under, unless based exclusively upon a question of law. Where facts alone are involved, or both law and fact, appeal to a jury in the justice's court is the proper remedy. In this case essential facts were in question, and appeal was the proper remedy, and not *certiorari. Judgment affirmed.* .